```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0136--CV (RRB)
                              "WILLIAM DAVIS V USA"

              Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 06/15/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (362) Personal injury - medical malpratice
                   MEDICAL NEGLIGENCE
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 06/15/05 receipt # 00125958
         Trial by: Court
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1   DAVIS, WILLIAM | George M. Kapolchok<br>Kapolchok Law Offices<br>360 K Street, Suite 100<br>Anchorage, AK 99501<br>907-278-8850 |
| DEF 1.1   UNITED STATES OF AMERICA | Daniel R. Cooper<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX 907-271-2344 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0136--CV (RRB)
                                "WILLIAM DAVIS V USA"

                                   For all filing dates


  Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 06/15/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice
                    MEDICAL NEGLIGENCE
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 06/15/05 receipt # 00125958
          Trial by: Court


 Document #   Filed      Docket text

     1 -  1   06/15/05   Complaint filed; Summons issued.

     2 -  1   06/21/05   PLF 1 Return of Service Executed re: US Atty on 6/17/05.

     3 -  1   07/11/05   Return of Service Executed 6/24/05 on US Attorney General Dept of
                         Justice.

     4 -  1   08/16/05   DEF 1 Answer to Complaint.

     5 -  1   08/18/05   RRB Minute Order re: ENE/Case S&P/Initial case status report. Cnsl to
                         consent or file a rpt  w/in 28 days from svc of this ord.  cc: cnsl,
                         Judge von der Heydt

     6 -  1   09/13/05   PLF 1; DEF 1  Schedulig & Conference Planning Report.

     7 -  1   09/20/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 02/28/06; Dispositive motions deadline 03/31/06; Estimate of
                         trial 2 days; TBC. cc: cnsl
```