DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071 (phone)
(907) 271-2344 (fax)
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM DAVIS,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 3:05-cv-136-RRB<br><br>STIPULATION REGARDING DISCOVERY *and*<br><br>*ORDER* |

The parties hereto, through counsel, stipulate and agree that the pretrial and discovery deadlines set forth in the Scheduling and Planning Order [Docket 7], shall be extended by ninety (90) days.

The purpose of the extension is to allow time for more meaningful factual discovery to support the allegations of both liability and damages.  Neither party is

seeking the extension for the purposes of harassment or delay.

Respectfully submitted on January 23d, 2006.

>DEBORAH M. SMITH
Acting United States Attorney

*[signature]*

Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

GEORGE M. KAPOLCHOK
KAPOLCHOK LAW OFFICES, LLC.

*[signature]*

George M. Kapolchok
Attorney for William Davis
AK# 7510071

Based upon the stipulation of the parties, and sufficient reason being shown,

IT IS SO ORDERED.

1/24/06
(Date)

*[signature]*

HONORABLE RALPH R. BEISTLINE
United States District Court Judge

Davis v US
3:05-cv-136-RRB

-2-