**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis,   ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff,   ) | |
| ) | **JOINT STATUS REPORT AND** |
| vs.   ) | **MOTION TO EXTEND DISCOVERY** |
| ) | |
| United States of America,   ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

       Counsel for both parties have met and discussed the progress and work to be done in order to ready this case for trial.  A realistic assessment of both counsel's busy schedules was made.  Although the underlying facts of the alleged medical negligence are straightforward, the case is complicated by causation questions, loss of chance issues, and economic loss claims.  Thus, plaintiff will most likely involve four expert witnesses.

       Deposition dates of the primary fact witnesses were tentatively set.  All things considered, both counsel agree that discovery should be extended six months, at which time the matter should be ready for trial.  The court is respectfully requested to

enter an order requiring the parties to report their progress in four (4) months. Counsel will agree on dates for identification of experts and exchange of reports by this date.

DATED: May 3, 2006        s/George M. Kapolchok
                          George M. Kapolchok
                          Attorney for Plaintiff
                          Alaska Bar No. 7510071

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day
of May, 2006, a true and correct
copy of the foregoing document was
served electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney


s/Paula Beneke
Kapolchok Law Offices, LLC