UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>DAVIS</u>  v.  <u>USA</u>

DATE:  <u>May 3, 2006</u>    CASE NO.  <u>3:05-CV-0136-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
RE STATUS REPORT AND DISCOVERY**

---

Pursuant to the Joint Status Report and Motion to Extend Discovery (Docket 10) filed by the parties, the deadline for discovery is extended from May 30, 2006, to **December 1, 2006.** A further status report is due from the parties on or before **August 4, 2006.**

M.O. RE STATUS AND DISCOVERY