**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>DAVIS</u>  v.  <u>USA</u>

DATE:  <u>August 21, 2006</u>     CASE NO.  <u>3:05-CV-0136-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**REQUESTING STATUS REPORT**

---

     Pursuant to the Minute Order at Docket 11, the parties were to file a status report by August 4, 2006, which has not been done.  The parties are to file the requested report on or before the close of business on **September 1, 2006.**

M.O. REQUESTING STATUS REPORT