NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 fax
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM DAVIS,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No. 3:05-cv-00136-RRB<br><br>**JOINT STATUS REPORT** |

The parties hereto, through counsel, report to the Court that written discovery requests are being exchanged by the parties and depositions have been scheduled for the week of October 30, 2006.  The parties have been unable to schedule the depositions earlier because of trial and arbitration schedules of counsel, and the necessity of travel to attend to aged parents by the plaintiff and counsel.

Respectfully submitted, on September 1, 2006.

>NELSON P. COHEN
>UNITED STATES ATTORNEY
>
>/s Daniel R. Cooper, Jr.
>Daniel R. Cooper, Jr.
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-2344
>E-mail: Daniel.Cooper@usdoj.gov
>AK #8211109
>
>GEORGE M. KAPOLCHOK
>KAPOLCHOK LAW OFFICES, LLC.
>
>/s George M. Kapolchok (by consent)
>George M. Kapolchok
>Attorney for William Davis
>360 K Street, Suite 100
>Anchorage, AK 99501
>Phone: (907) 278-8850
>Fax: (907) 278-8860
>AK #7510071