**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, ) | |
| ) | **STIPULATED MOTION TO EXTEND** |
| vs. ) | **PRETRIAL DISCOVERY AND EXPERT** |
| ) | **DEADLINES** |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties are in need of additional time to develop this case. The most salient reasons are as follows:

1) Defendant's counsel needed and has undergone knee surgery and is convalescing.

2) Plaintiff's counsel has been engaged in a marathon arbitration which expanded three times its original scope in trial days.

3) Defendant has discovered and is producing new evidence which defendant believes is relevant to the standard of care. Obviously this material will need to be presented to the party's expert consultants.

After conferring, counsel for plaintiff and defendant agree that a four month extension would be appropriate. By that time, barring further complications, this matter may be ready for trial. A proposed order is filed concurrently herewith

.

DATED: October 30, 2006              s/George M. Kapolchok

                                      George M. Kapolchok
                                      Attorney for Plaintiff
                                      Alaska Bar No. 7510071

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2006, a true and correct copy of the foregoing document was served electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney


s/Paula Beneke
Kapolchok Law Offices, LLC