**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| William Davis, | ) | |
| | ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, | ) | |
| | ) | **ORDER EXTENDING PRETRIAL** |
| vs. | ) | **DISCOVERY AND EXPERT** |
| | ) | **DEADLINES** |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon a joint Motion to Enlarge Time and for good cause shown, all previously established pretrial deadlines are extended by 120 days.

DATED: 10/31/06

\s\ RRB
Honorable Ralph R. Beistline
U.S. District Court Judge

Page 1 of 2