NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071 (phone)
(907) 271-2344 (fax)
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM DAVIS,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 3:05-cv-136-RRB<br><br>JOINT STIPULATION<br>REGARDING DISCOVERY |

    The parties hereto, through counsel, stipulate and agree that the pretrial and discovery deadlines set forth in the Order Extending Pretrial Discovery and Expert Deadlines [Docket 15], shall be extended by as more specifically set forth below.

    The purpose of the extension is to allow additional time for factual discovery to support the allegations of both liability and damages.  Neither party is

seeking the extension for the purposes of harassment or delay.  Mr. Davis has been out of Alaska attending trade shows to promote his guiding business, with which promotion the United States has no wish to hinder.  Moreover, counsel for the United States has been attending to two aging parents living in two different parts of the country, and will have to travel again in April to address more issues with them.  In addition, one of the health care providers who treated Mr. Davis has moved, and there has been difficulty locating him.

The parties have agreed upon the following proposed deadlines, and respectfully ask the court to enter an order approving them:

| | |
|---|---|
| Final witness lists due | June 15, 2007 |
| Discovery closes | June 30, 2007 |
| Expert witness reports | July 31, 2007 |
| Discovery closes on experts | August 31, 2007 |
| Dispositive motions due | September 30, 2007 |

The parties expect that Mr. Davis will have an independent medical exam performed shortly, after which his deposition will be taken.  The community health aides will also be deposed, as well as Mr. Davis treating physicians, both private and VA.  After the fact witnesses, there are a number of experts on both sides, including Physician's Assistants, ENT and E.R. physicians, an Emergency Medicine Technician, a Community Health Aide expert, and financial experts on

lost income.

For the foregoing reasons, the parties respectfully ask for more time in which to complete this matter.

Respectfully submitted on March 29, 2007.

NELSON P. COHEN
United States Attorney


s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

GEORGE M. KAPOLCHOK
KAPOLCHOK LAW OFFICES, LLC.


s/George M. Kapolchok
George M. Kapolchok
Attorney for William Davis

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2007,
a copy of the foregoing **Joint Stipulation Regarding Discovery** was served on George M. Kapolchok
by FAX to (907)278-8860

s/ Daniel R. Cooper, Jr.