IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM DAVIS,<br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendant. | Case No. 3:05-cv-00136-RRB<br><br>ORDER GRANTING STIPULATION EXTENDING TIME FOR PRETRIAL DEADLINES AND DISCOVERY |

Based upon the joint stipulation of the parties, and sufficient reason being shown, discovery and other pretrial matters are extended as follows:

| | |
|---|---|
| Final witness lists due | June 15, 2007 |
| Discovery closes | June 30, 2007 |
| Expert witness reports | July 31, 2007 |
| Discovery closes on experts | August 31, 2007 |
| Dispositive motions due | September 30, 2007 |

IT IS SO ORDERED.

_____   _____
　　　(Date)　　　　　　　　　HONORABLE RALPH R. BEISTLINE
　　　　　　　　　　　　　　　 United States District Court Judge