**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, ) | |
| ) | **MOTION TO COMPEL DISCOVERY** |
| vs. ) | **AND TO EXTEND FINAL WITNESS** |
| ) | **LISTS** |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## Introduction

    This is a medical negligence Federal Tort Claims Act case. Plaintiff Davis claims he was misdiagnosed and mistreated at the Aniak Subregional Clinic in June of 2002. According to defendant's disclosures, plaintiff Davis was seen and treated by one Anthony Brown and one Jeff L. Thompson.

    For many months plaintiff has repeatedly requested both by telephone and by letter to depose these two critical individuals. Defendant has refused or claimed to be

unable to produce them.  Without these depositions, plaintiff's preparation of his case and preparation of his medical experts is completely stymied.  Likewise, any "final" witness list cannot be prepared without this critical discovery.

Therefore, plaintiff requests an order compelling production of these witnesses for depositions forthwith.  Authentic copies of some of the correspondence are attached hereto.

A proposed order is lodged concurrently herewith.


DATED this ____ day of June, 2007, at Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC



s/ George M. Kapolchok
George M. Kapolchok
Alaska Bar No. 7510071
Attorney for Plaintiff


CERTIFICATE OF SERVICE

I hereby certify that on this 19th day
of June, 2007, a true and correct
copy of the foregoing document was
served electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney


s/Paula Beneke
Kapolchok Law Offices, LLC