**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, ) | |
| ) | **ORDER COMPELLING THE** |
| vs. ) | **PRODUCTION OF WITNESSES FOR** |
| ) | **DEPOSITION AND EXTENDING** |
| United States of America, ) | **TIME FOR PLAINTIFF'S** |
| ) | **FINAL WITNESS LIST** |
| Defendant. ) | |
| _____ ) | |

Based upon a joint Motion to Enlarge Time and for good cause shown, all previously established pretrial deadlines are extended by 120 days.

DATED: _____          _____
                                                                  Honorable Ralph R. Beistline
                                                                  U.S. District Court Judge