| | | |
|---|---|---|
| Attorney<br><br>George M. Kapolchok<br><br>Paralegals<br><br>Sanne Berrig<br>sanneb@kapolchok.com<br><br>Paula Beneke<br>paulab@kapolchok.com | **Kapolchok<br>Law Offices, LLC** | ANCHORAGE OFFICE<br>360 K Street, Suite 100<br>Anchorage, Alaska  99501<br>Telephone:  (907) 278-8850<br>Fax:  (907) 278-8860<br>lawoffices@kapolchok.com<br><br>KENAI OFFICE<br>43977 Sterling Hwy<br>Soldotna, Alaska  99669<br>Telephone:  (907) 262-7563<br><br>**REPLY TO ANCHORAGE** |

April 28, 2006

**DELIVERED VIA U.S. MAIL**

Daniel R. Cooper, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney, Civil Division
222 West 7th Avenue, #9 Room 253
Anchorage, AK   99513-7567

**Re:**   *Davis v. USA*, **our file no. 22.021**

Dear Dan:

   Good to meet with you.  Hope your trip was successful.  Bill Davis tells me June 6, 2006, works for him.

   Please advise when your PA is available.

                             Very Truly Yours,


                             George M. Kapolchok

GMK/prb
Cc:  Bill Davis