| | | |
|---|---|---|
| Attorney<br><br>George M. Kapolchok<br><br>Paralegals<br><br>Sanne Berrig<br>sanneb@kapolchok.com<br><br>Paula Beneke<br>paulab@kapolchok.com | **Kapolchok<br>Law Offices, LLC** | ANCHORAGE OFFICE<br>360 K Street, Suite 100<br>Anchorage, Alaska  99501<br>Telephone:  (907) 278-8850<br>Fax:  (907) 278-8860<br>lawoffices@kapolchok.com<br><br>KENAI OFFICE<br>43977 Sterling Hwy<br>Soldotna, Alaska  99669<br>Telephone:  (907) 262-7563<br><br>**REPLY TO ANCHORAGE** |

June 12, 2006

**VIA FAX & U.S. MAIL**
**271-2344**

Daniel R. Cooper, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney, Civil Division
222 West 7th Avenue, #9 Room 253
Anchorage, AK   99513-7567

Re:   *Davis v. USA*, **our file no. 22.021**

Dear Dan:

I hope this letter finds you well.  Equally important, I hope this letter finds you.

My paralegal has tried <u>numerous</u> times to contact you to confirm the depositions we discussed.  I assume you have been tied up with the family matters you mentioned briefly.  Please give me a call at your convenience so we can make another attempt at scheduling the depositions.

Very Truly Yours,


George M. Kapolchok

GMK/prb
Cc:  Bill Davis