Attorney

George M. Kapolchok

# Kapolchok
## Law Offices, LLC

ANCHORAGE OFFICE
360 K Street, Suite 100
Anchorage, Alaska  99501
Telephone:  (907) 278-8850
Fax:  (907) 278-8860
lawoffices@kapolchok.com

Paralegals

Sanne Berrig
sanneb@kapolchok.com

Paula Beneke
paulab@kapolchok.com

KENAI OFFICE
43977 Sterling Hwy
Soldotna, Alaska  99669
Telephone:  (907) 262-7563

**REPLY TO ANCHORAGE**

October 27, 2006

**VIA FACSIMILE & U.S. MAIL**
**271-2344**

Daniel R. Cooper, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney, Civil Division
222 West 7th Avenue, #9 Room 253
Anchorage, AK   99513-7567

**Re:**      ___*Davis v. USA*, our file no. 22.021___

Dear Dan:

We have been volleying back and forth on your Rule 26(a)(1) disclosures.  What I do not have from you is a statement of your defenses.  Apparently, you contend that the medical technician that first saw plaintiff is permitted to do an exam, make a diagnosis, and dispense antibiotics.  Also, apparently, you contend that the standard of care is set by some undisclosed brochure or pamphlet concerning procedures.  The sooner I get a full expression of your position and the documentation, the sooner I can proceed with discovery.  Thanks.

Very Truly Yours,

George M. Kapolchok

GMK/bg
Cc:  Client (U.S. Mail only)