| | | |
|---|---|---|
| Attorney<br><br>George M. Kapolchok<br><br>Paralegals<br><br>Sanne Berrig<br>sanneb@kapolchok.com<br><br>Paula Beneke<br>paulab@kapolchok.com | **Kapolchok<br>Law Offices, LLC** | ANCHORAGE OFFICE<br>360 K Street, Suite 100<br>Anchorage, Alaska 99501<br>Telephone: (907) 278-8850<br>Fax: (907) 278-8860<br>lawoffices@kapolchok.com<br><br>KENAI OFFICE<br>43977 Sterling Hwy<br>Soldotna, Alaska 99669<br>Telephone: (907) 262-7563<br><br>**REPLY TO ANCHORAGE** |

March 23, 2007

**VIA FACSIMILE & U.S. MAIL**

Daniel R. Cooper, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney, Civil Division
222 West 7th Avenue, #9 Room 253
Anchorage, AK   99513-7567

**Re:**   *Davis v. USA*, **our file no. 22.021**

Dear Dan:

To respond to your March 1, 2007 and March 19, 2007 letters.

1) Bill Davis is available for deposition at your choosing. He lives in Soldotna and we should schedule it down there. Please have your office coordinate this with Paula Beneke.
2) During the same time frame, let us take the deposition of your Health Aide and PA. I would like to schedule them the same week.
3) I have three experts, a PA, an ER doctor and an EMT. We need the fact depositions before they do their final review.
4) I suggest we advise the court that we need 60 days to complete discovery and another 30 for experts and then we are good to go.

Will await to hear back from you.

Very Truly Yours,


George M. Kapolchok

GMK/bg
Cc:   Bill Davis