Attorney

George M. Kapolchok

# Kapolchok
# Law Offices, LLC

Paralegals

Sanne Berrig
sanneb@kapolchok.com

Paula Beneke
paulab@kapolchok.com

ANCHORAGE OFFICE
360 K Street, Suite 100
Anchorage, Alaska  99501
Telephone:  (907) 278-8850
Fax:  (907) 278-8860
lawoffices@kapolchok.com

KENAI OFFICE
43977 Sterling Hwy
Soldotna, Alaska  99669
Telephone:  (907) 262-7563

**REPLY TO ANCHORAGE**

April 26, 2007

**VIA FACSIMILE & U.S. MAIL**
**271-2344**

Daniel R. Cooper, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney, Civil Division
222 West 7th Avenue, #9 Room 253
Anchorage, AK   99513-7567

**Re:**    *Davis v. USA***, our file no. 22.021**

Dear Dan:

During Bill's deposition, you inquired about an employment agreement with Aniak River Lodge.  Bill could not remember if a written contract existed.  After the deposition, he researched it and found one.  It is attached.  Please consider this a supplement to our disclosures.

Please advise when and where I can depose your medical technician and physician's assistant who treated Bill at the clinic.

Very Truly Yours,

George M. Kapolchok

GMK/bg
Enclosure as stated
Cc:     Bill Davis (letter only)