| | | |
|---|---|---|
| Attorney<br><br>George M. Kapolchok<br><br>Paralegals<br><br>Sanne Berrig<br>sanneb@kapolchok.com<br><br>Paula Beneke<br>paulab@kapolchok.com | **Kapolchok<br>Law Offices, LLC** | ANCHORAGE OFFICE<br>360 K Street, Suite 100<br>Anchorage, Alaska  99501<br>Telephone:  (907) 278-8850<br>Fax:  (907) 278-8860<br>lawoffices@kapolchok.com<br><br>KENAI OFFICE<br>43977 Sterling Hwy<br>Soldotna, Alaska  99669<br>Telephone:  (907) 262-7563<br><br>**REPLY TO ANCHORAGE** |

June 1, 2007

**DELIVERED VIA U.S. MAIL**

Daniel R. Cooper, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney, Civil Division
222 West 7th Avenue, #9 Room 253
Anchorage, AK   99513-7567

**Re:** *Davis v. USA*, **our file no. 22.021**

Dear Dan:

Once again I request some dates to depose the two providers who treated Mr. Davis.  I am losing patience.

Very Truly Yours,

George M. Kapolchok

GMK/prb
Cc: Bill Davis (U.S. Mail)