NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-2344 fax
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM DAVIS,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 3:05-cv-00136-RRB<br><br>AFFIDAVIT OF COUNSEL IN SUPPORT OF UNITED STATES' OPPOSITION TO MOTION TO COMPEL DISCOVERY AND TO EXTEND FINAL WITNESS LISTS<br>[Docket 19] |

DANIEL R. COOPER, JR. on oath deposes and avers:

1.    I am an Assistant U.S. Attorney in the District of Alaska, and have responsibility for the captioned case. This affidavit is made in support of the United States' opposition to the Plaintiff's Motion to Compel Discovery and

Extend Witness Lists at Docket 19.

2. I have reviewed the ECF docket in this case, which review discloses that Plaintiff has not filed his final witness list.

3. The United States has not been served with Plaintiff's final witness list.

4. I received Mr. Kapolchok's letter dated June 1, 2007, on June 11 when I returned from annual leave. I called Mr. Kapolchok's office on June 12, 2007 at 3:00 to discuss setting the depositions and the deadline for the witness lists. Mr. Kapolchok was not in, and I was asked to leave a voice mail, which I did. Mr. Kapolchok has not returned my call.

5. Mr. Kapolchok has not communicated with me in any fashion since his letter of June 1, 2007 in an attempt to resolve any scheduling issues.

6. In support of the motion, however, Plaintiff attached "some" of his letters to the United States concerning discovery. Plaintiff did not, however, provide the court with the United States' responses to his requests. However, each request received a response. For instance, in reply to his letter of June 12, 2006, I contacted Mr. Kapolchok's paralegal to find out how many times she had attempted to contact me, as I had only received one voice mail. She conceded that

there were not "numerous" attempts to contact me.

7.    At the time the initial Rule 26 disclosures were made in October, 2005, I understood that both Jeff Thompson and Anthony Brown were working at the Aniak Clinic. Anthony Brown still works there, but he will retire at the end of August, 2007. Mr. Brown is available for deposition.

8.    Mr. Thompson left the clinic at a time unknown to me, but apparently about two years ago. I made some sporadic efforts to try and locate him, but those efforts were unsuccessful until June 14, 2007, the day before the final witness list was due. Mr. Thompson's telephone number was disclosed on the witness list as required by Rule 26(a)(3)(A). The information was disclosed the day after it was received.

9.    I have since located and spoken with Mr. Thompson. He is living in Rigby, Idaho, and is willing and available to have his deposition taken.

10.   I have never refused to "produce" these two witnesses. I do not believe the United States has no obligation to "produce" any witness in a civil case.

11.   I have not "completely stymied" Plaintiff's discovery efforts, nor have I hidden witnesses.

12. In a search for more training records for Mr. Brown, I recently received records from Yukon Kuskokwim Health Corporation that disclose that Mr. Davis vital signs wer probably taken by a health aide whose identity was unknown to me. However, Mr. Davis must have known of this witness as he was the one whose vital signs were charted by this person.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Daniel R. Cooper, Jr.
Assistant U. S. Attorney
AK #8211109


Subscribed and sworn to before me at Anchorage, Alaska this 5th day of July, 2007.

_____
Notary Public in and for Alaska
My commission expires:

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2007,
a copy of the foregoing **AFFIDAVIT OF COUNSEL IN SUPPORT OF UNITED STATES' OPPOSITION TO MOTION TO COMPEL DISCOVERY AND TO EXTEND FINAL WITNESS LISTS [Docket 19]** was served electronically on George M. Kapolchok.

s/ Daniel R. Cooper, Jr.


Davis v. US
3:05-cv-00136-RRB                    -4-