**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>United States of America, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:05-cv-136-RRB<br><br>**REPLY TO OPPOSITION TO COMPEL PRODUCTION OF MOTION TO COMPEL DISCOVERY AND TO EXTEND TIME FOR FINAL WITNESSES** |

The opposition of the government states that it has now located Mr. Brown and Mr. Thompson, and suggests that plaintiff should just notice their depositions. Plaintiff will do so. Plaintiff's counsel's custom and practice over the past 30 plus years has been to coordinate this with defendant's counsel, and if the deponents were employees, to arrange the depositions without *ex parte* contact. Defendant now advises that Mr. Thompson is no longer an employee.

Plaintiff will notice these depositions forthwith, and following these depositions, file his final witness list.

For the record, there were absolutely <u>no</u> responses to the six letters attached in support of plaintiff's motion to compel demonstrating repeated requests to locate and depose these two critical witnesses.

DATED: <u>July 11, 2007</u>           <u>s/George M. Kapolchok</u>
                                      George M. Kapolchok
                                      Attorney for Plaintiff
                                      Alaska Bar No. 7510071

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day
of July, 2007, a true and correct
copy of the foregoing document was
served electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney


<u>s/Paula Beneke</u>
Kapolchok Law Offices, LLC