UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

WILLIAM DAVIS  v.  UNITED STATES OF AMERICA

THE HONORABLE RALPH R. BEISTLINE

| | |
|---|---|
| CAREER LAW CLERK | CASE NO.  3:05-CV-0136-RRB |
| John W. Erickson, Jr. | DATE: July 19, 2007 |

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS RE PLAINTIFF'S MOTION TO COMPEL AND TO EXTEND FINAL WITNESS LISTS**

At Docket 19 is Plaintiff William Davis with a Motion to Compel Discovery and to Extend Final Witness Lists.  The motion is opposed at Docket 20.

Inasmuch as the parties appear to have: (1) worked out the issue with respect to depositions; and (2) stipulated to an extension of deadlines, Plaintiff's Motion to Compel is hereby **DENIED** as moot, and all previously established pretrial deadlines are extended by 120 days.