January 24, 2008

Mr. Daniel Cooper, Assistant U. S. Attorney
United States Department of Justice
222 West 7th Ave., #9, Room 253
Anchorage, AK 99513-7567


Re: *William Davis v. United States of America*
    Case No. 3:05-cv-00136-RRB


Dear Mr. Cooper,

Thank you for asking me to review the William Davis case. I am a board certified Family Nurse Practitioner working in a rural Alaskan environment. I have been working in two Native villages supervising and teaching Community Health Aides for the past six years. I also provide direct patient care as a nurse practitioner in several clinics. My educational and employment history are as listed in my current Curriculum Vitae.

I have reviewed the documents you sent me regarding Mr. Davis' case. These documents included the patient's medical records for treatment provided at Aniak Subregional Clinic in June 2002, Community Health Aide Practitioner Manual (CHAM) and Reference Guide, 1998 Revised Edition, and YKHC Acute Otitis Media guideline, revised 1/28/03. The full list of documents received and reviewed is as listed in your July 19, 2007 letter to me. I reviewed medical literature from various sources including The Merck Manual, Nurse Practitioner's Clinical Companion, and Medline Plus (see complete references cited below).


The patient was a 49 year old male who presented to Aniak Subregional Clinic with initial complaints of bilateral earache on 6/15/02. He was seen by Anthony Brown CHP who diagnosed the patient with bilateral Otitis Externa (ear canal infection) and bilateral Serous Otitis Media. He appeared to follow his CHAM appropriately to obtain history and do his exam although a basic hearing test would have been beneficial as he noted that the patient stated it is hard to hear, feels plugged. Aniak Subregional Clinic provided standing orders for ear infections for Community Health Aide/Practitioners who had completed Session IV. These standing orders would pertain to Anthony Brown. Although Mr. Brown documented a diagnosis of Serous Otitis Media (fluid in the middle ear) his exam description leans toward the probability that the patient had Acute Otitis Media (acute infection of the middle ear) and he was appropriately treated with Amoxicillin. If the patient did indeed have Serous Otitis Media as opposed to Acute Otitis Media a trial of antibiotics may be appropriate but Mr. Brown should have contacted his referral physician/provider for the okay to use antibiotics.

Treatment for Otitis Externa was appropriate according to the CHAM. The CHAM also indicates (p. 125) that in the event of hearing loss other causes, such as Otitis Media, should be treated first with report to referral provider "now or later"
.

On 6/19/02 Mr. Davis returned to Aniak Clinic and was seen by Jeff Thompson PA-C for complaints of continued ear pain and decreased hearing, worse on the left. Mr. Davis was diagnosed with Serous Otitis Media and decreased hearing. Per the Acute Otitis Media Guideline of the YKHC Provider Handbook, revised 1/28/03, this patient could meet the criteria for Acute Otitis Media (immobile and/or bulging tympanic membrane, fluid behind the tympanic membrane, and ear pain) and it was appropriate to change the patient's antibiotic to Augmentin considering there may have been a treatment failure. Patient was also given a nasal decongestant and was advised to follow up if symptoms persisted beyond one week.

On 6/21/02, when patient returned to get more Augmentin due to having lost his prescription, PA-C Thompson documented that the patient had decreased pressure on the left but still had diminished hearing bilaterally. Patient was advised to follow up if symptoms change or worsen or if hearing failed to improve over the next two weeks.

Mr. Davis returned once more to Aniak Clinic on 6/25/02 and was again evaluated by Jeff Thompson PA-C who noted that the patient had worsening symptoms (decreased hearing, dizziness, decreased coordination were documented in the triage note). Left tympanic membrane was still noted to be bulging and immobile. Interestingly the patient had discontinued his Augmentin after six days and was now on Septra provided by another physician. Referral was made to VA Anchorage ENT for assessment and treatment by J. Thompson PA-C on this date.

Although there is some question in my mind whether the diagnosis was Serous Otitis Media or Acute Otitis Media I believe that both providers met or exceeded the standard of care for this patient. If diagnosed as Serous Otitis Media "a trial of antibiotic therapy is often beneficial and is the first step to consider in therapy" (Merck, p. 675). Watchful waiting is another treatment option with referral to ENT indicated if patient has hearing loss longer than six week; vertigo or ataxia; or symptoms that worsen after three days of treatment (NP Clinical Companion, p. 248). This patient appears to have had persistent symptoms 6/15-19, possible improvement 6/21 with decreased pressure, and worsening of symptoms 6/25 with ENT referral made that day.

Thank you for asking me to review this case.  Information regarding medical literature I have cited is listed below.  My current CV is attached.  I testified as an expert witness at deposition for the U.S. Department of Justice in the Todd Allen v. United States Case within the past two years.  Compensation is requested at $150/hour to review the records and prepare this report.  I have spent approximately 10 hours reviewing records, medical literature, and preparing this report.

Respectfully,

Diane Duntze, FNP




References cited:

Medline Plus.  Medical Encyclopedia: Otitis Media with Effusion.
    Updated 11/14/07

<u>Nurse Practitioner's Clinical Companion</u>.  Springhouse Corporation, 2000.
    pp. 245 -249

<u>The Merck Manual</u>, 17th edition.  Merck Research Labs, 1999
    pp. 671-675