# PCC AMBULATORY ENCOUNTER RECORD

IHS-803 (10/96)  P.L. 98-611 N.A.

**Date:** 6/15/02

**PROBLEM LIST UPDATE** (Enter Problem Numbers From Health Summary)
- Remove
- Move to Inactive
- Move to Active

**PROVIDERS:** 3 0 3 A RR

**TEMP** 98.4   **PULSE** 88   **RESP** 16   **B/P** 128/86

**CHIEF COMPLAINT:** Bil ear ache —

**SUBJECTIVE/OBJECTIVE:**
Tylenol for pain
49 y/o ♂ here c̄ Both ears hurting been sore on for a few days, getting worse — never had before — No meds
PHx: no major illness or surgeries
Gen: NAD                          NKA
Ex Ears — Both canals red TM's bulging
  c̄ fluid behind TM's non-mobile —
  TM's slightly red —
Pt states that it is hard to hear feels plugged —
Been holding nostrils and blowing c̄ + results —

**Injury?** ☐ Yes ☐ No   **If yes, Date:** ___   ☐ ETOH Related   ☐ Empoy. Rel.
**Cause:** ___   **Place:** ___

**PURPOSE OF VISIT:**
Otitis Externa Bil
SOM Bil

**MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION:**
Amox 500mg, 1 TID x 10   1101047
Hydrocortisone, 10ml 3 drops both ears —
  TID x 5  60/008 —

Dispensed _____
Counseled _____

**HR #:** ___
**NAME:** DAVIS, Whelan
**B DATE:** 11-28-52   **SEX:** ___
**RESIDENCE:** Aniak
**FACILITY:** ASRC

**SSN #:** ___
**REVISIT/REFERRAL TO:** ___   **PURPOSE:** PRN   **DATE** ___   **TIME** ___

**INSTRUCTIONS TO PATIENT:**
Keep trying to open eustachian
tubes as described above —

**DATE:** 1-15-02   **PROV. SIGNATURE:** ___ CHP   12:40

(12)

YKHC 000324                                   Exhibit B