# PCC AMBULATORY ENCOUNTER RECORD

IHS-803 (10/96)   P.L. 94-511 N.A.

Date: 6/19/02
Arrival Time: ___ AM/PM
Clinic: ___
Appt: ___ Walk-in ___

ANTAK 19 JUN'02 08:50

| PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary) | | | AFFIL. | DIS. | INITIALS / CODE |
|---|---|---|---|---|---|
| Remove | Move to Inactive | Move to Active | PROVIDERS | | |
| | | | PRIMARY PROVIDER 8 | 1 / 1 | J / T |

TEMP 97.4   PULSE 80   RESP 12   B/P 129/75

CHIEF COMPLAINT: F/u otitis externa

SUBJECTIVE/OBJECTIVE: Pt c/o continued ear pain c̄ ↓ hearing, worse on (L)
No D/C. No cold Sxs. Had some minor sinus congestion a few days

O: Alert. NAD.
Ears - TMs: (R) Bulging, Injected vessels. Needs Amox.
    along vesicles. (L) TM bulging also injected. Cortisporin
    both TMs immobile. Canals benign - OK
Throat - slt red of exudate   Allergies Ø
Neck - Supple. PLAD

Injury? ☐ Yes ☐ No   If yes, Date: ___   ☐ ETOH Related   ☐ Empoy. Rel.
Cause: ___   Place: ___

(For additional Documentation, Use IHS 45-3 Continuation Sheet)

OTHER TESTS/PROCEDURES ORDERED: ___

PROBLEM LIST A-AI-C #

PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE)   Health Factors

Serous Otitis Media c̄ ↓ hearing

| ORDER | INITIALS |
|---|---|
| HCT. | |
| UA | |
| HCG | |
| BS-F/BS-R | |
| CBC | |
| Urine culture | |
| Throat culture | |
| Stool culture | |
| STS | |
| GC | |
| PAP | |
| Pelvic | |
| Breast | |
| Mammogram | |
| Rectal | |
| Chest X-ray | |
| EKG | |
| Soak | |
| Hep B # | |
| Hep A # | |
| OPV # | |
| DTP # | |
| DT aP # | |
| DT | |
| Td | |
| MMR # | |
| Varicella | |
| Influenza | |
| Hib TITER/ActHIB # | |
| Padvax HIB # | |
| Pneumo Vax | |
| PPD ___ mm | |
| Type of Decision Making ✓ | |
| Straightforward | |
| Low Complexity | |
| Moderate Complexity | |
| High Complexity | |

REPRODUCTIVE FACTORS: G ___ P ___ LC ___ SA ___ TA ___ LMP ___
FP METHOD: ___   DATE BEGUN: ___

PROBLEM LIST NOTES / STORE NOTE FOR PROB #: ___   REMOVE NOTE #: ___
STORE NOTE FOR PROB #: ___

MEDICATIONS:
Neosynephrine Spray ī spray each nostril Q4-6° PRN max 3 days use
CN # 102071
Augmentin 875mg ī po BID x 10d
#502056
D/C Amox

MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION
Dispensed ___
Counseled ___

HR # 33
SSN # 

REVISIT/REFERRAL TO: F/u if Sxs persist beyond
PURPOSE: ___
wk

NAME: ___8315
B DATE: ___   SEX ___ 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 TRIBE ___
___ S. WILLIAM HENRY
RESIDENCE: 11-29-1952 M   33   ASRC
FACILITY AK   581-___ DATE 2

INSTRUCTIONS TO PATIENT: ↑ fluids, rest
☐ SIGN RELEASE RECORDS

(11)   PROV. SIGNATURE: J. Thompson PA

Exhibit C

YKHC 000323