**PCC AMBULATORY ENCOUNTER RECORD**

ANTAK 21 JUN '02 09:45

IHS-803 (10/96)  P.L. 98-511 N.A.

Date: 6/21/02

**CHIEF COMPLAINT / SUBJECTIVE/OBJECTIVE:** Pt lost Rx Augmentin. Took 2 days worth of meds (4 tabs). Would like more Augmentin. Reports ↓ pressure on Ⓡ but still has diminished hearing Ⓑ

O: A&A, NAD

No other exam completed

**PURPOSE OF VISIT:** Serous Otitis Media c̄ ↓ hearing

**MEDICATIONS:** Augmentin 875mg 1PO bid x 10d.
Cont # 502056

**REFERRAL TO:** If Sx's Δ or worsen or if hearing fails to improve over next 2wks

**NAME:** DAVIS, WILLIAM HENRY
HR # 33
SSN: 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
B DATE: 11-25-1952   SEX: M   TRIBE: ASHC
FACILITY: 541-33-02

YKHC 000122

⑩

Prov. Signature: A Thompson PAC  6-21-02

Exhibit D