# PCC AMBULATORY ENCOUNTER RECORD

**Date:** 6/25/02

**TEMP:** 98.2  **PULSE:** 84  **RESP:** 18  **B/P:** 122/82

**CHIEF COMPLAINT:** 44 y/o ♂ F/U to S.O.M. 4/21/02. Pt D/C Augmentin. Started Septra DS on Sunday ⊖ improvement.

**SUBJECTIVE/OBJECTIVE:** ↓ hearing, dizzy, ↓ cold
① fever/chills  ② N/V  ③ diarrhea/const
Worsening sxs, ↓ hearing

O: Alert, NAD
Ears - ① TM increased erythema, bulging & mobility
      ② TM also w/ erythema
Throat - slt red, ⊘ exudate
Neck - supple, ⊘ LAD noted

**PURPOSE OF VISIT:** F/U Serous Otitis Media c̄ ↓ hearing

**MEDICATIONS:** Pt was taken off Augmentin by another physician because it had not improved the pts condition after 6 days. Now on Septra.

**REFERRAL TO:** N/A Anchorage ENT
**PURPOSE:** for assessment, Tx

**NAME:** IS, WILLIAM HENRY
11-23-1952  M  33
**FACILITY:** I AK

YKHC 000321

Exhibit E