**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, ) | |
| ) | **STIPULATION EXTENDING TIME** |
| vs. ) | **ONE WEEK FOR PLAINTIFF'S** |
| ) | **OPPOSITION TO DEFENDANT'S** |
| United States of America, ) | **MOTION FOR SUMMARY JUDGMENT** |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant filed a motion for summary judgment requiring plaintiff's opposition on February 12, 2008. Counsel have agreed to allow a one week extension to plaintiff, thus making the opposition due on February 19, 2008.

DATED this __11th__ day of February, 2008, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC


/s/ George M. Kapolchok
George M. Kapolchok
Attorney for Plaintiff
360 K Street, Suite 100
Anchorage, AK 99501
Phone: (907) 278-8850
Fax:  (907) 278-8860
E-mail: **lawoffices@kapolchok.com**
Alaska Bar No. 7510071


IT IS SO ORDERED.


DATED: _____           _____
                                    Honorable Ralph R. Beistline
                                    U.S. District Court Judge


**CERTIFICATE OF SERVICE**
I hereby certify that on this 11th day of February, 2008, a true and correct copy of the foregoing document was served electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567

/s/ Paula Beneke
Kapolchok Law Offices, LLC