**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone:  (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, ) | |
| ) | **SECOND STIPULATION ENLARGING** |
| vs. ) | **TIME TO RESPOND TO DEFENDANT'S** |
| ) | **MOTION FOR SUMMARY JUDGMENT** |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

By prior agreement, plaintiff's opposition to defendant's motion for summary judgment is due on February 19, 2008.  Counsel for the parties have conferred and agreed that plaintiff may have until Monday, February 25, 2008, to file his responsive pleading.   A proposed order is attached.

DATED this __19<sup>h</sup>__ day of February, 2008, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC

/s/ George M. Kapolchok
George M. Kapolchok
Attorney for Plaintiff
360 K Street, Suite 100
Anchorage, AK 99501
Phone: (907) 278-8850
Fax: (907) 278-8860
E-mail: **lawoffices@kapolchok.com**
Alaska Bar No. 7510071

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19h day of February, 2008, a true and correct copy of the foregoing document was served electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567

/s/ Paula Beneke
Kapolchok Law Offices, LLC