**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, ) | |
| ) | **ORDER EXTENDING** |
| vs. ) | **RESPONSE DEADLINE** |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

By stipulation of the parties, plaintiff shall file his opposition to the government's Motion For Summary Judgment on or before Monday, February 25, 2008.

DATED: _____     _____
                                                    Honorable Ralph R. Beistline
                                                    U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2008, a true and correct copy of the foregoing document was served electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney


s/Paula Beneke
Kapolchok Law Offices, LLC