**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone:  (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, ) | |
| ) | **ORDER DENYING SUMMARY** |
| vs. ) | **JUDGMENT AND ORDERING THE** |
| ) | **PRODUCTION OF TONY BROWN FOR** |
| United States of America, ) | **DEPOSITION** |
| ) | |
| Defendant. ) | |
| _____ ) | |

On November 26, 2007, it is clear the parties agreed to a 60-90 day extension of deadlines.  This was 2 days before expert reports were technically due.  Plaintiff was to file the stipulation but failed to do so.  Neither party exchanged expert reports.

Much discussion with regard to the deposition of Tony Brown has taken place but he has never been produced.

Defendant is ordered to produce Mr. Brown for deposition.  Once this deposition is taken, the parties are ordered to complete expert reports and depositions and propose a trial date to this court.

DATED: _____     _____
                                  Honorable Ralph R. Beistline
                                  U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2008, a true and correct copy of the foregoing document was served electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney


/s/Becky Geist
Kapolchok Law Offices, LLC