GEORGE M. KAPOLCHOK
KAPOLCHOK LAW OFFICES, LLC
360 K Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 278-8850
Fax: (907) 278-8860
E-mail: lawoffices@kapolchok.com

**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, ) | |
| ) | |
| vs. ) | **AFFIDAVIT OF GEORGE M.** |
| ) | **KAPOLCHOK** |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, George M. Kapolchok, first being duly sworn, deposes and says:

1) I represent Mr. Davis in this matter.

2) Defense counsel and I agreed to a 60-90 day extension of all pretrial deadlines in late November of 2007.

3) In December of 2007, I responded by voice-mail to Exhibit 4, stating that until we depose Mr. Brown, any expert reports would be without sound, factual basis. I began a trial in December and was remiss in not filing the 90 day Stipulation to extend time.

4)     I have been in contact with an expert PA, Michelle Combs, for many months but have not asked her to do a report until factual discovery is complete. Once Brown's deposition is transcribed, I am told she can produce her report in 2 or 3 weeks.

5)     I apologize to the court and Mr. Cooper for not filing the 90 day Stipulation. However, I was under the clear understanding that we had an agreement and that after Mr. Brown's deposition, we would be finalizing all expert exchanges.

       FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
George M. Kapolchok

SUBSCRIBED AND SWORN to before me this 15th day of February, 2008, in Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 4/30/__

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2008, a true and correct copy of the foregoing document was served electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

/s/ Becky Geist
Kapolchok Law Offices, LLC