| | | |
|---|---|---|
| Attorney<br><br>George M. Kapolchok<br><br>Paralegals<br><br>Sanne Berrig<br>sanneb@kapolchok.com<br><br>Paula Beneke<br>paulab@kapolchok.com | **Kapolchok<br>Law Offices, LLC** | ANCHORAGE OFFICE<br>360 K Street, Suite 100<br>Anchorage, Alaska  99501<br>Telephone:  (907) 278-8850<br>Fax:  (907) 278-8860<br>lawoffices@kapolchok.com<br><br>KENAI OFFICE<br>43977 Sterling Hwy<br>Soldotna, Alaska  99669<br>Telephone:  (907) 262-7563<br><br>**REPLY TO ANCHORAGE** |

October 11, 2007

**VIA FAX & U.S. MAIL**
**271-2344**

Daniel R. Cooper, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney, Civil Division
222 West 7th Avenue, #9 Room 253
Anchorage, AK   99513-7567

Re:   *Davis v. USA*, **our file no. 22.021**
      **Case No. 3:05-cv-136-RRB**

Dear Dan:

Received your message on problems with respect to the Aniak health aides' depositions. At our last deposition, you asserted the attorney client privilege for the PA.  You now ask me to subpoena the other providers.  Under the rules, I need only to notice them at a time convenient for you (exercising professional courtesy).  Unless, of course, you have changed your position on attorney client, in which case I can contact them *ex parte*.  Please advise so we can get this case to trial before you retire.

Very Truly Yours,


George M. Kapolchok

GMK/prb
Cc:  Client (U.S. Mail)