

## U.S. Department of Justice

*United States Attorney*
*District of Alaska*



Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-3224

November 1, 2007

VIA FAX ONLY to 278-8860

George M. Kapolchok, Esq.
Kapolchok Law Offices, LLC
360 K Street, Suite 100
Anchorage, AK 99501

Re:  Davis v. USA
     No. 3:05-cv-00136 RRB

Dear George:

Thank you for your letter of October 31, 2007, suggesting we agree to a further 60 day extension of discover deadlines. I am in agreement with your proposal for several reasons, including that I have just been assigned a criminal trial in Juneau the week of November 12, 2007, which will take most of next week to prepare, and the following week to try. I also have an out of state trip the first week of December. Finally, I am having trouble lining up people for next Tuesday in Aniak.

Do you want to prepare the stipulation so you can put in your reasons for requesting the extension, or do you want me to do it?

I look forward to hearing from you at your convenience.

Sincerely,

NELSON P. COHEN
United States Attorney

Daniel R. Cooper, Jr.
Assistant U.S. Attorney

EXHIBIT  3
PAGE  1  OF  1