

## U.S. Department of Justice

*United States Attorney*
*District of Alaska*

---

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*
*Anchorage, Alaska 99513-7567*

Commercial: (907) 271-5071
Fax Number: (907) 271-3224

November 26, 2007

VIA FAX ONLY to 278-8860

George M. Kapolchok, Esq.
Kapolchok Law Offices, LLC
360 K Street, Suite 100
Anchorage, AK 99501

Re: Davis v. USA
    No. 3:05-cv-00136 RRB

Dear George:

When we last spoke at the deposition of PA-C Stariwat, you were going to file a non-opposed motion for a further extension of 60 or 90 days on the discovery deadlines. I haven't seen one, and I see that expert's reports are due Thursday, November 28. I also note that you did not list an expert on your final witness list. Is it your intent to call an expert? If so, he or she may benefit from a review of the records of the hospital where Mr. Davis was treated in 1998 or thereabouts. We have sent a release form to Paula, but have not heard back from her about when we can expect to receive the signed form.

Are you going to get an extension, or do you expect to exchange reports on Thursday? Do you intend to amend your final witness list to add an expert? When can we expect to hear about the release form?

I look forward to hearing from you at your convenience.

Sincerely,

NELSON P. COHEN
United States Attorney

Daniel R. Cooper, Jr.
Assistant U.S. Attorney

EXHIBIT 4
PAGE 1 OF 1