**Paula Beneke**

From: Cooper, Daniel (USAAK) [Daniel.Cooper@usdoj.gov]
Sent: Tuesday, November 27, 2007 11:03 AM
To: Paula Beneke
Subject: RE: Davis v. USA, your letter of 11/26/07



Thank you for the response. Sure, no problem waiting until he gets back. I'm not going to send over any reports until I hear from him (assuming I get them in time).

I will be out of state at a conference from 12/3 – 7, so please let George know that, too.

Dan Cooper
Assistant U.S. Attorney
District of Alaska
907-271-3376 Direct
907-271-2344 FAX

---

From: Paula Beneke [mailto:paulab@kapolchok.com]
Sent: Tuesday, November 27, 2007 10:36 AM
To: Cooper, Daniel (USAAK)
Subject: Davis v. USA, your letter of 11/26/07

Dear Mr. Cooper:

    Mr. Kapolchok is out of the state on a deposition trip and will not be back in this office until Thursday, 11/29. We would appreciate it if you could wait for a response to your letter of 11/26/07 until he returns.

    In regard to the release form, it has been forwarded to Mr. Davis at his New York state address, with a request that he return it ASAP. Upon receipt of the fully executed form, it will be delivered to you immediately.

    If you have any questions I might possibly be able to help you with, please contact our Anchorage office. Thank you.

Sincerely,

Paula Beneke
Legal Assistant

EXHIBIT 5
PAGE 1 OF 1

/27/2007