**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone:  (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, ) | |
| ) | **SUPPLEMENT TO PLAINTIFF'S** |
| vs. ) | **OPPOSITION TO MOTION** |
| ) | **FOR SUMMARY JUDGMENT** |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The transcript for the deposition of P.A. Rick Stariwat has now been completed.   A copy of the page referred to in plaintiff's brief is hereby submitted – page 21.

DATED this   28<u>th</u>   day of February, 2008, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC


/s/ George M. Kapolchok
George M. Kapolchok
Attorney for Plaintiff
360 K Street, Suite 100
Anchorage, AK 99501
Phone: (907) 278-8850
Fax:  (907) 278-8860
E-mail: **lawoffices@kapolchok.com**
Alaska Bar No. 7510071


CERTIFICATE OF SERVICE

I hereby certify that on this 28th day
of February, 2008, a true and correct
copy of the foregoing document was
served electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney


/s/ Paula Beneke
Kapolchok Law Offices, LLC