Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

WILLIAM DAVIS,                          )
                                        )
            Plaintiff,                  )
                                        )
    vs.                                 )
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            Defendant.                  )
                                        )

Case No. 3:05-cv-00136-RRB

DEPOSITION OF RICK STARIWAT, P.A.

FRIDAY, NOVEMBER 2, 2007
12:05 P.M.

Taken by Counsel for Defendants
at
Geneva Woods Ear, Nose & Throat Associates
3730 Rhone Circle, Suite 203
Anchorage, Alaska

Page 18

1  Q. How about the Mouth?
2  A. The evaluation of the tongue, the floor of
3  the mouth and the buccal mucosa, which is the inside
4  of the cheeks, were normal.
5  Q. What is the handwriting to the right of
6  that?
7  A. That is an annotation from a tympanogram,
8  saying that the normal tympanogram AU, which is both
9  ears.
10 Q. And where did that result come from?
11 A. Tympanogram is a test that uses air pressure
12 and a small tone that actually moves the eardrum back
13 and forth.
14 Q. Is that where you take one of the scopes,
15 put it in the ear, squeeze the bulb? You're pointing
16 to something that's on the back of the chart.
17 A. Actually, we have an automated system that
18 is a machine that you can actually use in the ear that
19 actually measures it. Although pneumatic otoscope is
20 one of the ways that you were describing with the bulb
21 on the otoscope.
22 Q. I'm going to turn your attention to 9009.
23 Is that the tympanogram that you were just
24 describing --
25 A. Yes.

Page 19

1  Q. -- coming from 9006?
2  A. Yes. That's the copy of the report from the
3  tympanogram.
4  Q. Okay. It's kind of hard to read it on 9009.
5  Can you tell us what the pressures were on the ears
6  based upon the original that you have there?
7  A. Actually, they were both normal.
8  Q. Going back to 9006, did you do an
9  examination of the -- I'm going to mispronounce --
10 salivary glands?
11 A. No, I did not.
12 Q. How about the throat?
13 A. The mucosa of the throat was normal. And
14 the tonsils with a little dash next to it means that
15 they were absent.
16 Q. Hypopharynx?
17 A. No. I did not examine that.
18 Q. Larynx?
19 A. Did not examine.
20 Q. Neck?
21 A. The neck was without masses, tenderness or
22 adenopathy.
23 Q. Now, moving to the next section is the
24 Impression section, correct?
25 A. Yes.

Page 20

1  Q. Would you go ahead and read your handwriting
2  for us there, please?
3  A. Under Impression, it's HL, which is hearing
4  loss. And then SNHL is sensory neural hearing loss,
5  question mark, of mixed with conductive.
6  Q. We'll come back to that. Why don't you go
7  ahead and read on down?
8  A. The next is actually the Plan for the P,
9  which is examined with Dr. Parrish. Audio, for
10 audiogram, before BM&T, which is bilateral myringotomy
11 tubes.
12 Q. The next line?
13 A. The next is an annotation because I did
14 receive the audiogram at about 5:00 o'clock that same
15 evening. The audiogram -- or excuse me -- audio is
16 asymmetric sensory neural hearing loss and
17 significantly decreased speech discriminations on the
18 left. And I have a question mark of a shadow
19 conductive loss in lower frequencies. Needs MRI of
20 internal auditory canals. That's AICs (sic).
21 Q. Is that an exclamation mark after the IACs?
22 A. Yes, it is.
23 Q. Okay. Let's go back up to your Impression,
24 if we can, please. After SNHL, which is sensory
25 neural hearing loss, there's a question mark. Could

Page 21

1  you explain that to us, please?
2  A. I wasn't sure if there was a component of
3  the conductive hearing loss. So in that, we needed a
4  formal audiogram because the tuning fork tests are
5  only a screen.
6  Q. And when you got the audiogram back, that
7  confirmed your diagnosis or your impression?
8  A. It confirmed the sensory neural hearing
9  loss, yes.
10 Q. Now, how is the sensory neural hearing loss
11 treated?
12 A. Usually, sensory neural hearing loss is
13 treated with simply a hearing aid. But under the
14 auspice of sudden sensory neural hearing loss, we
15 treat that with oral steroids.
16 Q. And when do oral steroids have to be first
17 administered in order to be effective?
18 A. Typically, within the first two and at the
19 latest, three weeks.
20 Q. From the onset of the loss.
21 A. From onset. Yes, sir.
22 Q. And that's based on a number of studies that
23 have been done and published in the literature.
24 A. Yes, sir.
25 Q. And in this case, is that the treatment that