NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-2344 fax
daniel.cooper@usdoj.gov

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

WILLIAM DAVIS,

                Plaintiff,

v.

UNITED STATES OF AMERICA,

                Defendant.

Case No. 3:05-cv-00136-RRB

**DECLARATION OF COUNSEL**

## DECLARATION

I, Daniel R. Cooper, Jr., declare under penalty of perjury that the following is true:

1.     I am an Assistant U.S. Attorney and have been assigned responsibility for

the captioned case.

2.     I have searched my phone records for the month of December, 2007, for

calls from Mr. Kapolchok and his Paralegal Assistant, Paula. I found no phone messages from Mr. Kapolchok or his Paralegal Assistant, Paula.

3.    The search of telephone logs included records of voice mails received, telephone calls made and telephone calls received. The log is kept contemporaneously with the calls.

4.    I have no records that either Mr. Kapolchok or his Paralegal Assistant called on this or any other matter during December, 2007.

5.    I have no recollection of receiving a voice mail from Mr. Kapolchok as he described in his affidavit.

Date: _3/6/08_

Daniel R. Cooper, Jr.
Assistant U.S. Attorney

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

Davis v. US
3:05-cv-00136-RRB                -2-