```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

__WILLIAM DAVIS__          vs.  __UNITED STATES OF AMERICA__

BEFORE THE HONORABLE __RALPH R. BEISTLINE__ CASE NO. __3:05-cv-00136-RRB__

DEPUTY CLERK/RECORDER: LINDA CHRISTENSEN

APPEARANCES:    PLAINTIFF:     GEORGE KAPOLCHOK

                DEFENDANT:     DANIEL R. COOPER, JR.

PROCEEDINGS: HEARING ON MOTION FOR SUMMARY JUDGMENT (25)
             Held: April 4, 2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:58 a.m. court convened.

Court and counsel heard.

Court **DENIED** government's motion for summary judgment at docket 25 and ordered plaintiff to pay the defendant sanctions in the amount of $250.00; counsel to confer to determine where payment should be made.

Court set dates: deposition of Mr. Brown to take place no later than **May 15, 2008**; reports of experts due **July 15, 2008**; depositions of experts to be taken before **September 1, 2008**. Trial by Court set to begin at 9:00 a.m. on **Monday, October 20, 2008**; trial length estimated at 2 days.

At 11:10 a.m. court adjourned.

DATE: __APRIL 4, 2008__          DEPUTY CLERK'S INITIALS: __LSC__

Revised 6/18/07