**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone:  (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| William Davis, ) | |
| ) | Case No. 3:05-cv-136-RRB |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S SUPPLEMENTAL** |
| vs. ) | **WITNESS LIST** |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW plaintiff, William Davis, by and through his counsel of record, Kapolchok Law Offices, LLC, and herewith supplements his final witness list.

    1)    Donald Endres, MD
              Geneva Woods Ear, Nose & Throat Associates, Inc.
              3730 Rhone Circle, #203
              Anchorage, AK  99508
              (907) 563-3515

*Dr. Endres is a treating physician; his testimony will be consistent with his medical records.*

2) Michelle Combs, PA
107 E. Manor Ridge Rd.
Elkin, NC  28621
(336) 258-4137

*Expert witness.*

DATED this __6th__ day of May, 2008, in Anchorage, Alaska.

    KAPOLCHOK LAW OFFICES, LLC


    /s/ George M. Kapolchok
    George M. Kapolchok
    Attorney for Plaintiff
    360 K Street, Suite 100
    Anchorage, AK 99501
    Phone: (907) 278-8850
    Fax:  (907) 278-8860
    E-mail: **lawoffices@kapolchok.com**
    Alaska Bar No. 7510071

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of
May 2008, a true and correct copy
of the foregoing document was served
electronically upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567


/s/ Paula Beneke
Kapolchok Law Offices, LLC